*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★                    ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00352-CV

## IN THE INTEREST OF D.M.

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 09-03-47856-CV
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice

Delivered and Filed:   June 9, 2010

DISMISSED

Appellant Samantha Carr has filed a motion to dismiss this appeal, stating that the appeal was prematurely filed. The motion contains a certificate of service to appellee, which has not opposed the motion. Therefore, we grant the motion and dismiss the appeal without prejudice to appellant filing another notice of appeal at a later date. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM